| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**Loren L. Speziale, Esq.**<br>**Gross McGinley, LLP**<br>33 S. 7th Street, PO Box 4060<br>Allentown, PA  18105-4060<br>(610) 820-5450<br><br>Attorney for Creditor,<br>Santander Bank, N.A., f/k/a Sovereign Bank | Order Filed on December 16, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **IN RE:**<br><br>**MICHELLE MEDLER-MORAN**<br>         DEBTOR | Chapter:  13<br><br>Case No.:  19-25105-CMG<br><br>Judge:  Hon. Christine M. Gravelle, U.S.B.J.<br><br>Hearing Date:  Dec. 18, 2019 at 10:00 AM |

**CONSENT ORDER TO PAY
PRE-PETITION ARREARS ON PROOF OF CLAIM FILED BY
SANTANDER BANK, N.A., f/k/a SOVEREIGN BANK**

The relief set forth on the following pages, number two (2) is hereby ORDERED.

**DATED: December 16, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

CONSENT ORDER TO PAY PRE-PETITION ARREARS LISTED ON PROOF OF CLAIM FILED BY SANTANDER BANK, N.A. f/k/a SOVEREIGN BANK

This matter having been brought before the Court by Marc C. Capone, Esq., attorney for the Debtor, Michelle Medler-Moran upon the filing of a Chapter 13 Plan, and Santander Bank, N.A., secured creditor who holds a mortgage on the Debtor's residential real property commonly known as 610 Ocean Road, Spring Lake Heights, New Jersey (the "Residence"), by and through its attorneys, Gross McGinley, LLP; the parties having agreed to resolve the payment of Santander Bank's pre-petition arrears through the Chapter 13 Plan; and the Court noting the consent of the Parties to the form, substance and entry of the within Order;

IT IS HEREBY ORDERED as follows:

1. That Santander Bank, N.A., has filed a secured Proof of Claim indicating pre-petition mortgage arrears totaling $43,272.75 (Claim No. 11).

2. That the Trustee is authorized to pay $43,272.75 on the secured arrearage claim of Santander Bank (Claim No. 11) in monthly installments over the life of the Plan.

3. This Consent Order shall be incorporated in and become part of any Order confirming the Plan.

We hereby consent to the form, substance and entry of the within order:

Dated: December 13, 2019        /s/LOREN L. SPEZIALE
                                Loren L. Speziale, Esq.
                                Attorney for Creditor
                                Santander Bank, N.A. f/k/a Sovereign Bank


Dated: December 13, 2019        /s/MARC C. CAPONE
                                Marc C. Capone, Esq.
                                Attorney for Debtor

2